# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141420

JACQUELINE M. TABBERT,
            Plaintiff-Appellee,

v

SC: 141420
COA: 296195
Lenawee CC: 09-003521-NO

LAURIE BARKWAY, PROMEDICA
HEALTH SYSTEMS, INC., and HERRICK
MEMORIAL HOSPITAL, INC.,
            Defendants-Appellees,

and

SEAN THEISEN,
            Defendant-Appellant.
_____/

        On order of the Court, the application for leave to appeal the June 3, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

_____
Clerk

d0920